JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. MACON, | NO. CV 18-8134-PSG (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| KEN CLARK, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and this action is dismissed with prejudice.

DATED: 7/16/21

PHILIP S. GUTIERREZ
Chief United States District Judge